DUNCAN BARR, Bar No. 49259
MOLLY A. KUEHN, Bar No. 230763
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, California 94103
Telephone: (415) 281-8888
Facsimile:  (415) 503-4117
E-mail:  dbarr@ocdb.com

Attorneys for Defendant
BAYER CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

LANCE T. RICE, a minor, by Michelle Rice,
his mother and next friend, and by Eric J.
Rice, his father and next friend, a resident of
Indianapolis, Indiana,

                    Plaintiff,

    v.

BAYER CORPORATION, an Indiana
corporation, successor to CUTTER
BIOLOGICAL, a California Corporation;
BAXTER HEALTHCARE CORPORATION,
a Delaware corporation, and its
HYLAND DIVISION; ARMOUR
PHARMACEUTICAL COMPANY, INC., a
Delaware corporation and ALPHA
THERAPEUTIC CORPORATION, a
California corporation,

                    Defendants.

CASE NO.: C 07-2680 SC

# E-FILED

**CERTIFICATE OF INTERESTED
ENTITIES OR PARTIES**

        Pursuant to Civil L.R. 3.16(b), the undersigned certifies that the following listed persons,

associations of persons, firms, partnerships, corporations (including parent corporations) or other

entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding,

or (ii) have a non-financial interest in that subject matter or in a party that could be substantially

affected by the outcome of this proceeding.

1

2
Name                                    Type of Interest

3
Bayer Corporation                       Party
100 Bayer Road
4
Pittsburgh, Pennsylvania 15205-9741

5
Bayer AG                                Parent Corporation
51368 Leverkusen
6
Germany

7
Dated:   June 15, 2007                  Respectfully Submitted,
8
                                        **O'CONNOR, COHN, DILLON & BARR**
9

10

11
                               By:     /s/ Duncan Barr_____
12                                     Duncan Barr, Esq.
                                       Molly A. Kuehn, Esq.
13                                     Attorneys for Defendant
                                       BAYER CORPORATION
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

1

2      I hereby certify that on this 15th day of June 2007, I caused to be served a true and correct

3  copy of the foregoing document on the following counsel of record pursuant to ECF as to Filing

4  Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not

5  a Filing User or represented by a filing user:

6

| SERVICE LIST | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>Robert J. Nelson, Esq.<br>Morris A. Ratner, Esq.<br>Fabrice N. Vincent, Esq.<br>LIEFF, CABASER, HEIMANN &<br>    BERNSTEIN<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3399 | **COUNSEL FOR PLAINTIFF**<br><br>**Tel: 415 / 956-1000**<br>**Fax: 415 / 956-1008** |
| Sara Gourley, Esq.<br>Tamar B. Kelber, Esq.<br>SIDLEY, AUSTIN, BROWN & WOOD<br>One South Dearborn Street<br>Chicago, California  60603 | **COUNSEL FOR ARMOUR**<br>**PHARMACEUTICAL COMPANY**<br>**Tel:  312 / 853-7000**<br>**Fax: 312 / 853-7036** |
| Rick Berkman, Esq.<br>DECHERT LLP<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA 19104 | **COUNSEL FOR BAXTER**<br>**HEALTHCARE CORPORATION**<br>**Tel:  215 / 994-4000**<br>**Fax: 215 / 655-2684** |
| Kevin J. Stack, Esq.<br>KNAPP PETERSEN & CLARKE<br>500 North Brand Blvd., 20th Floor<br>Glendale, California  91203-1904 | **COUNSEL FOR ALPHA**<br>**THERAPEUTIC CORPORATION**<br>**Tel:  818 / 547-5000**<br>**Fax:  818 / 547-5329** |

21

22                                      /s/  Duncan Barr
23                                      Duncan Barr, Esq.

24

25

26

27

28