DUNCAN BARR, Bar No. 49259
MOLLY A. KUEHN, Bar No. 230763
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, California 94103
Telephone: (415) 281-8888
Facsimile: (415) 503-4117
E-mail: dbarr@ocdb.com

Attorneys for Defendant
BAYER CORPORATION

*[List of Attorneys Continued on Following Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE T. RICE, a minor, by Michelle Rice, his mother and next friend, and by Eric J. Rice, his father and next friend, a resident of Indianapolis, Indiana,<br><br>    Plaintiff,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>    Defendants. | CASE NO.: CV-07-2680 SC<br><br>**E-FILED**<br><br>**STIPULATION TO STAY PROCEEDINGS** |

MARILYN MOBERG, Bar No. 126895
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION

---

STIPULATION TO STAY PROCEEDINGS
CASE NO. CV- 07-2680 SC

4307/MAK/286108

CATHERINE M. VALERIO BARRAD, Bar No. 168897
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street
Los Angeles, CA 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorney for Defendant
ARMOUR PHARMACEUTICAL COMPANY


KEVIN STACK, Bar No. 72782
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Defendant
ALPHA THERAPEUTIC CORPORATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between counsel of record for Plaintiff LANCE T. RICE ("Plaintiff"), and Defendants BAYER CORPORATION, BAXTER HEALTHCARE CORPORATION, ARMOUR PHARMACEUTICAL COMPANY, and ALPHA THERAPEUTIC CORPORATION ("Defendants"), in the action entitled *Lance T. Rice v. Bayer Corporation, et al.* (CV-07-2680 SC) that all pretrial proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process currently in progress for transferring this case to MDL-986, currently pending before The Honorable John F. Grady in the Northern District of Illinois. If the Panel orders transfer, the stay shall remain in effect. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the case. This stipulation may be signed by the parties in counterpart.

STIPULATION TO STAY PROCEEDINGS
CASE NO. CV- 07-2680 SC

4307/MAK/286108

IT IS SO STIPULATED.

Dated: June 14, 2007

O'CONNOR, COHN, DILLON & BARR

BY: /s/ Molly A. Kuehn
Duncan Barr, Esq.
Molly A. Kuehn, Esq.

Attorneys for Defendant,
BAYER CORPORATION

IT IS SO STIPULATED.

Dated: June 14, 2007

REED SMITH LLP

BY: /s/ Marilyn Moberg
Marilyn Moberg, Esq.

Attorneys for Defendant,
BAXTER HEALTHCARE CORPORATION

IT IS SO STIPULATED.

Dated: June ___, 2007

SIDLEY AUSTIN BROWN & WOOD

BY: _____
Catherine M. Valerio Barrad, Esq.

Attorneys for Defendant,
ARMOUR PHARMACEUTICAL COMPANY

IT IS SO STIPULATED.

Dated: June ___, 2007

**O'CONNOR, COHN, DILLON & BARR**

BY: _____
Duncan Barr, Esq.
Molly A. Kuehn, Esq.

Attorneys for Defendant,
BAYER CORPORATION

IT IS SO STIPULATED.

Dated: June ___, 2007

**REED SMITH LLP**

BY: _____
Marilyn Moberg, Esq.

Attorneys for Defendant,
BAXTER HEALTHCARE CORPORATION

IT IS SO STIPULATED.

Dated: June 14, 2007

**SIDLEY AUSTIN BROWN & WOOD**

BY: _____
Catherine M. Valerio Barrad, Esq.

Attorneys for Defendant,
ARMOUR PHARMACEUTICAL COMPANY

---

STIPULATION TO STAY PROCEEDINGS
CASE NO. CV-07-2680 SC

4307/MAK/286108

IT IS SO STIPULATED.

Dated: June _14_, 2007            **KNAPP PETERSEN & CLARKE**

BY: _/s/ Kevin J. Stack_
Kevin J. Stack, Esq.

Attorneys for Defendant,
ALPHA THERAPEUTIC CORPORATION

IT IS SO STIPULATED.

Dated: June ___, 2007            **LIEFF, CABASER, HEIMANN & BERNSTEIN**

BY: _____
Elizabeth J. Cabraser, Esq.
Heather A. Foster, Esq.
Richard M. Heimann, Esq.

Attorneys for Plainitiff,
LANCE T. RICE

All pretrial proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process currently in progress for transferring this case to MDL-986. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order denying transfer or remanding the case.

IT IS SO ORDERED,

Dated June ___, 2007            BY: _____
Hon. Samuel Conti

---

**STIPULATION TO STAY PROCEEDINGS**      4307/MAK/286108
CASE NO. CV-07-2680 SC

4

IT IS SO STIPULATED.

Dated: June ___, 2007

**KNAPP PETERSEN & CLARKE**

BY: _____
Kevin J. Stack, Esq.

Attorneys for Defendant,
ALPHA THERAPEUTIC CORPORATION

IT IS SO STIPULATED.

Dated: June 15, 2007

**LIEFF, CABASER, HEIMANN & BERNSTEIN**

BY: _____/s/ Heather A. Foster_____
Elizabeth J. Cabraser, Esq.
Heather A. Foster, Esq.
Richard M. Heimann, Esq.

Attorneys for Plaintiff,
LANCE T. RICE

All pretrial proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process currently in progress for transferring this case to MDL-986. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order denying transfer or remanding the case.

IT IS SO ORDERED,

Dated June 18, 2007    BY: _____
                           Judge Samuel Conti

STIPULATION TO STAY PROCEEDINGS
CASE NO. CV-07-2680 SC

4307/MAK/286108

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2007, I caused to be served a true and correct copy of the foregoing document on the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing User or represented by a filing user:

| SERVICE LIST | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>Robert J. Nelson, Esq.<br>Morris A. Ratner, Esq.<br>Fabrice N. Vincent, Esq.<br>LIEFF, CABASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3399 | **COUNSEL FOR PLAINTIFF**<br><br>Tel: 415 / 956-1000<br>Fax: 415 / 956-1008 |
| Sara Gourley, Esq.<br>Tamar B. Kelber, Esq.<br>SIDLEY, AUSTIN, BROWN & WOOD<br>One South Dearborn Street<br>Chicago, California 60603 | **COUNSEL FOR ARMOUR PHARMACEUTICAL COMPANY**<br>Tel: 312 / 853-7000<br>Fax: 312 / 853-7036 |
| Rick Berkman, Esq.<br>DECHERT LLP<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA 19104 | **COUNSEL FOR BAXTER HEALTHCARE CORPORATION**<br>Tel: 215 / 994-4000<br>Fax: 215 / 655-2684 |
| Kevin J. Stack, Esq.<br>KNAPP PETERSEN & CLARKE<br>500 North Brand Blvd., 20th Floor<br>Glendale, California 91203-1904 | **COUNSEL FOR ALPHA THERAPEUTIC CORPORATION**<br>Tel: 818 / 547-5000<br>Fax: 818 / 547-5329 |

/s/ Duncan Barr
Duncan Barr, Esq.

STIPULATION TO STAY PROCEEDINGS
CASE NO. CV- 07-2680 SC

4307/MAK/286108

5