UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

**FILED**
JUL 1 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

415.522.2000

June 28, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

07C 3576

**RECEIVED**
JUL 2   2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: CV 07-02680 SC   LANCE T RICE-v-BAYER CORP

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

June 28, 2007

| These instructions are for internal court use only. |
|---|

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.